*Solomon Chandler and wife* v. *William W. Trayard.*

SCOTT endeavoured to bring on, as a non-enumerated motion, an application for a new trial in this cause, on an affidavit of newly discovered evidence.

*Per Curiam.* It is clearly an enumerated motion, and cannot be heard this day.